JANET M. HEROLD, Regional Solicitor
DANIELLE L. JABERG, Cal Bar No. 256653
Counsel for ERISA
ANDREW J. SCHULTZ, Cal Bar No. 237231
NIAMH E. DOHERTY, Cal Bar No. 260749
Trial Attorneys
Office of the Solicitor
United States Department of Labor
90 7th Street, Suite 3-700
San Francisco, CA 94103
Telephone: (415) 625-7745
Facsimile: (415) 625-7745
schultz.andrew@dol.gov

Attorneys for THOMAS E. PEREZ, Secretary of Labor,
United States Department of Labor

FILED
CLERK U.S. DISTRICT COURT
JAN 28 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ,<br>Secretary of Labor,<br>United States Department of Labor,<br><br>Plaintiff,<br><br>vs.<br><br>GRUBER SYSTEMS, INC., a California corporation; GRUBER SYSTEMS, INC. EMPLOYEE STOCK OWNERSHIP PLAN, an employee benefit plan; and JOHN HOSKINSON, an individual,<br><br>Defendants. | Case No.: 2:15-cv-4050-SVW-AS<br><br>CONSENT JUDGMENT & ORDER |

Plaintiff THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor ("Secretary") pursuant to his authority under §§ 502(a)(2) and (5) of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1132(a)(2)

Consent Judgment & Order

Page 1

and (5), has filed a Complaint against Defendants GRUBER SYSTEMS, INC., JOHN HOSKINSON and the GRUBER SYSTEMS, INC. EMPLOYEE STOCK OWNERSHIP PLAN.

A. The parties admit that the Court has jurisdiction over this action pursuant to ERISA § 502(e)(1), 29 U.S.C. § 1132(e)(1), and that venue lies in the Central District of California pursuant to ERISA § 502(e)(2), 29 U.S.C. § 1132(e)(2).

B. The parties agree to the entry of this Consent Judgment & Order ("Consent Judgment"). The parties further agree that this Consent Judgment shall fully settle all allegations and claims of the Secretary asserted in the Complaint, including the Secretary's claim for attorney's fees and costs.

IT IS HEREBY **ORDERED, ADJUDGED,** and **DECREED** that:

1. Judgment is hereby entered against Defendants GRUBER SYSTEMS, INC. ("Gruber"), and JOHN HOSKINSON ("Hoskinson") on the complaint in the amount of $1,100,000.00 (the "Amount Due").

2. Within 30 ("thirty") calendar days from the entry of this Consent Judgment, Defendants Gruber and Hoskinson shall remit the Amount Due to the Gruber Systems, Inc. Employee Stock Ownership Plan ("ESOP").

3. Defendant Hoskinson is removed as a fiduciary of the ESOP.

4. Defendant Hoskinson is permanently enjoined and restrained from violating the provisions of Title I of ERISA, 29 U.S.C. §§ 1001-1191c.

5. Defendant Hoskinson is hereby permanently enjoined and restrained from future service as a fiduciary of, or service provider to, any ERISA-covered employee benefit plan.

6. The Amount Due shall be allocated to the ESOP participant accounts as identified on Exhibit A to this Consent Judgment.

7. Upon allocation of the Amount Due to the ESOP participant accounts, certain Gruber shares held in such accounts shall be cancelled as identified in Exhibit A to this Consent Judgment.

8. Gruber President Jim Thiessen and Gruber Treasurer Diana Ariama (hereafter "Trustees") have been appointed by a subcommittee of the Gruber Systems, Inc. Board of Directors as Trustees of the ESOP. As soon as administratively practicable after the entry of the Consent Judgment, the Trustees shall provide for the orderly termination and liquidation of the ESOP, including making all distributions and/or rollovers to the participants and beneficiaries. All distributions and/or rollovers of the Amount Due to the participants and beneficiaries will occur no later than 60 days after the Amount Due is remitted to the Plan; Further, the Trustees:

    a. Will be responsible for collecting, marshaling, paying out, and administering ESOP assets, ensuring the Amount Due is applied to participant accounts as identified in **Exhibit A**, and taking further action with respect to the ESOP as appropriate, and terminating the ESOP when all of its assets are distributed to all of the eligible ESOP Participants identified in **Exhibit A**;

    b. Pursuant to the procedures outlined in the Employee Benefits Security Administration's Field Assistance Bulletin 2014-01, as may be amended, must exercise reasonable care and diligence to identify and locate each Eligible ESOP participant and beneficiary who is eligible to receive a distribution under the terms of the ESOP to the extent the ESOP has distributable assets;

    c. Have all the rights, duties, discretion and responsibilities of a trustee and, fiduciary under ERISA, including filing annual and/or final Forms 5500;

    d. Has the authority to delegate or assign fiduciary duties as appropriate and allowed under the law and may retain reasonable assistance as needed including attorneys, accountants, actuaries and other service providers;

    e. Shall have full access to all data, information and calculations in the ESOP's possession and under its control, including information and records maintained by the ESOP's custodial trustee or service provider;

    f. Shall have the authority to give instructions respecting the disposition of assets of the ESOP;

g. Shall comply with all applicable rules and laws.

9. The Trustees shall not be held liable for the acts and omissions of their predecessor Trustees.

10. Gruber shall bear all fees and costs necessary to terminate the ESOP.

11. The Secretary and Defendants shall each bear their own costs, expenses, and attorneys' fees incurred to date in connection with any stage of this proceeding, including but not limited to attorneys' fees which may be available under the Equal Access to Justice Act, as amended.

12. Defendants expressly waive any and all claims of any nature which they have or may have against the Secretary, the Department of Labor, or any of its officers, agents, attorneys, employees or representatives, arising out of or in connection with the allegations and claims contained in the Complaint on file in this action, any other proceedings or investigation incident thereto or based on the Equal Access to Justice Act, as amended.

13. Upon Defendants' restoration of the Amount Due in losses to the Plan, as outlined in Paragraph B, *supra*, Defendants Gruber and Hoskinson shall be assessed one penalty under ERISA § 502(l), 29 U.S.C. § 1132(l), in the amount of twenty (20) percent of the applicable recovery amount, or $220,000.00 ("Penalty Amount"). Defendants Gruber and Hoskinson waive the notice of assessment and service requirement of 29 C.F.R. § 2570.83 and, within thirty (30) days following the restoration of Plan losses outlined in Paragraph B, *supra*, Defendants Gruber and Hoskinson shall pay the Penalty Amount to the United States Department of Labor, by sending a certified or cashier's check payable to the United States Department of Labor (please write EBSA Case No. 72-033955(48) on the check) to the following address:

U.S. Department of Labor

ERISA Civil Penalty

P.O. Box 71360

Philadelphia, PA 19176-1360

14. If any Defendant submits a 502(l) penalty hardship waiver or reduction of civil penalty request, as described in 29 C.F.R. §§ 2570.83-2570.87, Defendant(s) shall submit such request for consideration to:

Crisanta Johnson
Regional Director
U.S. Department of Labor
Employee Benefits Security Administration
1055 East Colorado Blvd, Suite 200
Pasadena, CA 91106-2341

15. Defendants will provide the Secretary with proof of the penalty payment outlined in Paragraph 12, *supra,* unless such penalty is waived, as well as proof of allocations, or distributions made, in the form of cancelled and/or cashed checks. Whenever a submission is provided to the Secretary, Defendants shall provide such submission within thirty (30) days of payment or allocation, to:

U.S. Department of Labor
Employee Benefits Security Administration
Attn: Regional Director
1055 East Colorado Blvd, Suite 200
Pasadena, CA 91106-2341

16. Nothing in this Consent Judgment is binding on any governmental agency other than the United States Department of Labor, Employee Benefits Security Administration.

17. This Court retains jurisdiction of this action for purposes of enforcing compliance with the terms of this Consent Judgment.

//
//

18. By signing their names to this Consent Judgment, the parties represent that they are informed and understand the effect and purpose of this Consent Judgment.

IT IS SO ORDERED

1/28/16

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Consented to By:

Dated: January 27, 2016

M. PATRICIA SMITH
Solicitor of Labor

JANET M. HEROLD
Regional Solicitor

DANIELLE L. JABERG
Counsel for ERISA

_____
ANDREW J. SCHULTZ
NIAMH E. DOHERTY
Trial Attorneys

Attorneys for Plaintiff
U.S. Department of Labor

Dated:

_____
JOHN HOSKINSON, individually ~~and~~
~~On behalf of the Gruber Systems, Inc. Employee~~
~~Stock Ownership Plan~~

Consent Judgment & Order

GRUBER SYSTEMS, INC.

By: *Mark Corcian* (signature)

Its: Attorney

1/27/16

Page 7

Dated: _____

By: _____

For: GRUBER SYSTEMS, INC.

Its: _____

Dated: Jan 27, 2016                    1/27/16

By: _____                    _____
    JIM THIESSEN                        Diana ARIMA

For:   GRUBER SYSTEMS, INC.
       EMPLOYEE STOCK OWNERSHIP
       PLAN, an employee benefit plan

Its: PRESIDENT &                       TREASURER &
     CO-TRUSTEE                         CO-TRUSTEE

EXHIBIT A

| Name | Amount Due | Shares to be cancelled |
|---|---|---|
| ABURTO,JUVENAL | $552.08 | 383.3908 |
| ABURTO,LADISLADO | $8,515.08 | 229.6803 |
| AGUILERA,CLAUDIA | $131.69 | 0.0000 |
| AGUILERA,ELIBORIO | $577.44 | 400.9977 |
| AGUILERA,MIGUEL | $824.18 | 572.3439 |
| ALCARAZ,JOSE G | $579.93 | 0.0000 |
| ALLSBROOKS,CHARLES D | $15.30 | 0.0000 |
| APARICIO,SERGIO | $37.12 | 0.0000 |
| ARIMA,DIANA | $178.83 | 124.1862 |
| AVILEZ,ROBERTO | $485.37 | 0.0000 |
| BAKER,MICHAEL A | $105.10 | 0.0000 |
| BALLESTEROS,ENRIQUE | $36,327.63 | 0.0000 |
| BALLESTEROS,JULIO | $615.05 | 0.0000 |
| BARRIENTOS,ANTONIO | $2,288.87 | 0.0000 |
| BOKOWSKI,MARC | $6,453.22 | 0.0000 |
| BOLANOS,MARIA | $314.04 | 0.0000 |
| BOOTH,MARK | $1,148.82 | 0.0000 |
| BROOKS,BOB | $134.45 | 0.0000 |
| BUCHANAN,CRAIG D | $5,256.49 | 0.0000 |
| BURKE,JON G | $2,827.91 | 0.0000 |
| CAMPOS,ABEL | $543.56 | 0.0000 |
| CAMPOS,EMILIO | $200.30 | 139.0999 |
| CANAAN,KIMBERLY | $750.25 | 0.0000 |
| CARNEY,DOUG A | $62,411.92 | 38224.8096 |
| CARTERA,RAFAEL | $255.24 | 177.2470 |
| CASTRO,WILLIAM A | $169.56 | 0.0000 |
| CATT,BONITA | $919.31 | 0.0000 |
| CEJA,FELIX L | $591.47 | 0.0000 |
| CLARK,EDWIN | $3,280.67 | 0.0000 |
| CLARK,STEVEN | $87,766.89 | 15570.4714 |
| CONSTANZA,OVIDIO | $554.85 | 0.0000 |
| CORDOVA,EDGAR | $50.72 | 35.2244 |
| CORTEZ,BALDEMAR G | $1,064.29 | 0.0000 |
| DEDIOS,ANGELICA | $71.17 | 49.4226 |
| DEDIOS,JORGE A | $562.87 | 0.0000 |
| DIAZ,JUAN D | $9,652.87 | 0.0000 |
| DIAZ,MOYSES | $5,964.60 | 0.0000 |
| DIAZ,PABLO | $3,171.05 | 0.0000 |
| DIAZ,RAFAEL | $646.59 | 449.0233 |
| DOROUGH,DAVID R | $500.92 | 0.0000 |
| DURAN,ALICIA | $700.33 | 0.0000 |
| DURAN,DAVID | $940.38 | 0.0000 |

| Name | Amount Due | Shares to be cancelled |
|---|---|---|
| EBERHARDT,ANDREA L | $689.04 | 0.0000 |
| ERAZO,FRANCISCO | $165.97 | 115.2568 |
| ESQUIVEL,EDWARD A | $1,695.14 | 0.0000 |
| ESTACIO,MYRNA | $249.69 | 173.3950 |
| ESTELA,MANUEL A | $19.31 | 0.0000 |
| FACUNDO,EVARISTO | $365.48 | 0.0000 |
| FACUNDO,RAQUEL | $85.13 | 59.1175 |
| FAIRCHILD,PATRCIA | $421.50 | 292.7090 |
| FLICK,DAVID J | $21.82 | 0.0000 |
| FOLGAR,CALISTRO | $4,144.79 | 0.0000 |
| GALINDO,NICOLAS | $4,787.18 | 0.0000 |
| GALLO,CINDY | $156.02 | 108.3458 |
| GARASI,LOUIS | $50,196.84 | 34858.9152 |
| GARASI,RITA | $12,282.28 | 8529.3577 |
| GARCIA,ARTURO | $451.25 | 0.0000 |
| GARCIA,LAURA | $82.52 | 0.0000 |
| GARCIA,RAFAEL | $1,227.33 | 0.0000 |
| GARCIA,ROBERTO | $1,066.02 | 740.2886 |
| GARCIA,ZENAIDA | $935.11 | 0.0000 |
| GARRISON,STEVE | $4.77 | 0.0000 |
| GIBLIN,MARTIN | $1,190.96 | 0.0000 |
| GONZALEZ,FRANCISCO | $65.09 | 45.2030 |
| GONZALEZ,GRACIELA | $48.91 | 0.0000 |
| GONZALEZ,HILARIO | $65.27 | 45.3282 |
| GONZALEZ,JOSE D | $726.02 | 504.1810 |
| GONZALEZ,JOSE L | $818.72 | 0.0000 |
| GONZALEZ,MARIO | $4,555.41 | 0.0000 |
| GONZALEZ,RAUL F | $9,165.25 | 0.0000 |
| GONZALEZ,YESENIA | $17.81 | 0.0000 |
| GROGAN,FAITH C | $12,969.15 | 4748.2681 |
| GROGAN,MICHAEL | $13,797.16 | 6305.3053 |
| GUILLEN,LUCILA | $605.51 | 0.0000 |
| GUILLEN,ROBERTO | $17.56 | 0.0000 |
| GURLEY,DONALD S | $363.96 | 0.0000 |
| HANDTKE,JON | $195.65 | 0.0000 |
| HARDEN RAYMOND | $158.37 | 109.9825 |
| HAYES,RONALD | $53,276.62 | 36997.6527 |
| HERNANDEZ,GABINO | $2,365.12 | 0.0000 |
| HERNANDEZ,MIGUEL | $676.09 | 469.5088 |
| HIBBS,TERESA | $1,182.43 | 0.0000 |
| HOLDER,BRIAN K | $39.13 | 0.0000 |
| HOSKINSON,JOHN | $0.00 | 1636.1550 |
| HUJAR,JOHN W W | $886.20 | 0.0000 |
| JONES,RICHARD C | $10.54 | 0.0000 |

| Name | Amount Due | Shares to be cancelled |
|---|---|---|
| KENNEDY,WILLIAM | $7,693.85 | 0.0000 |
| KING,DAVID | $6,464.76 | 0.0000 |
| KRAFT,MATT | $1,279.51 | 0.0000 |
| KUROSAKI,LARRY | $87,766.89 | 9570.4755 |
| LEE,MATTHEW | $1,957.01 | 0.0000 |
| LEITHNER,GLENN | $275.04 | 191.0025 |
| LEON,ANTONIO | $5,951.05 | 0.0000 |
| LEON,ENRIQUETA | $1,092.13 | 0.0000 |
| LEON,PEDRO R | $14,495.48 | 8822.3921 |
| LEYVA,REFUGIO | $436.95 | 0.0000 |
| LOOKINGBILL,MARK A | $45.65 | 0.0000 |
| LOPEZ,ERNESTO | $595.48 | 0.0000 |
| LOPEZ,JUAN | $956.43 | 0.0000 |
| LOPEZ,MARTIN G | $2,295.89 | 0.0000 |
| LOPEZ,MORENA | $155.52 | 0.0000 |
| LUNA,JUAN | $2,434.10 | 0.0000 |
| MARTINEZ,ISRAEL B | $252.84 | 0.0000 |
| MARTINEZ,ROSAURA | $641.38 | 0.0000 |
| MARTINEZ,RUBEN | $2,370.14 | 0.0000 |
| MATEOS,HUMBERTO | $119.27 | 82.8275 |
| MAY,ROBERT Z | $370.98 | 0.0000 |
| MCKINNIES,ANTHONY L | $217.22 | 0.0000 |
| MCQUEEN,DIANE K | $29.35 | 0.0000 |
| MEDINA,MARIA | $414.13 | 0.0000 |
| MEJIA,MIGUEL | $421.68 | 292.8304 |
| MENDEZ,RIGOBERTO | $897.99 | 0.0000 |
| MENDOZA,ARTURO | $267.64 | 0.0000 |
| MENDOZA,SUZANNE | $110.54 | 76.7618 |
| MENJIVAR,JOSE M | $88.80 | 0.0000 |
| MEREDITH,SEAN | $43.65 | 0.0000 |
| MILES,CHARLES C | $18.31 | 0.0000 |
| MILLER,STEVEN | $393.35 | 273.1631 |
| MITCHELL,RICK | $85.79 | 0.0000 |
| MOJICA,SUSANO V | $895.48 | 0.0000 |
| MONROY,JORGE D | $4,712.93 | 0.0000 |
| MONROY,LUIS R | $13,008.28 | 0.0000 |
| MONTERO,BENJAMIN | $1,044.22 | 725.1553 |
| MONTERO,JOSE | $87,766.89 | 0.0000 |
| MORAZZANO,ROGER | $895.40 | 137.6681 |
| MORON,TERESA | $72.74 | 0.0000 |
| MUNOZ,JOSE | $10,641.41 | 6517.5209 |
| MURO,MANUEL | $758.52 | 0.0000 |
| NORMAN,STEPHEN T | $57.69 | 0.0000 |
| OROSCO,BENITO L | $11,313.65 | 0.0000 |

| Name | Amount Due | Shares to be cancelled |
|---|---|---|
| OROSCO,SALVADOR | $2,461.94 | 0.0000 |
| OROZCO,JOSE G | $20.07 | 0.0000 |
| OSMONSON,KENNETH | $977.39 | 678.7422 |
| PALENCIA,AARON | $7,157.06 | 0.0000 |
| PALENCIA,JESUS E | $339.68 | 217.8379 |
| PALENCIA,JOEL S | $11,156.87 | 5098.7067 |
| PANIAGUA,CARLOS | $44,293.89 | 4420.0882 |
| PANIAGUA,JOSE L | $49,837.58 | 0.0000 |
| PANIAGUA,MANUEL B | $63,825.63 | 0.0000 |
| PAVARD,KATHLEEN | $206.13 | 143.1429 |
| PEACH,BRADLEY | $461.42 | 320.4334 |
| PEREZ,JAIME | $648.16 | 0.0000 |
| PULLEY,MATT | $1,808.52 | 0.0000 |
| RAMIREZ,PEDRO C C | $7,274.71 | 295.6825 |
| RAMOS,DAVID | $386.03 | 0.0000 |
| RAMOS,RITA E | $379.01 | 0.0000 |
| RAMOS-SOLIS,ELVIRA | $506.94 | 0.0000 |
| RANDALL,MONICA | $176.10 | 122.2897 |
| REED,BETTY P | $60,486.01 | 6022.9325 |
| REININGER,SHANNON | $724.66 | 0.0000 |
| REYES,LUIS A | $1,398.90 | 0.0000 |
| REYES,MARCELO V | $34,226.14 | 0.0000 |
| REYES,RUBEN | $268.61 | 186.5343 |
| ROCHA,RENE | $24.58 | 0.0000 |
| RODAS,FERNANDO | $3,358.68 | 0.0000 |
| RODRIGUEZ,REYNALDO | $4,533.33 | 0.0000 |
| ROGERS,CARLYLE W | $91.05 | 0.0000 |
| ROOSA,CAROL | $1,123.99 | 0.0000 |
| ROSALES,JUSTINO | $2,470.97 | 0.0000 |
| ROSALES,MANUEL | $162.82 | 113.0705 |
| ROSALES,PEDRO | $2,663.86 | 29.7133 |
| SANCHEZ,DANIEL I | $68.98 | 0.0000 |
| SANDE,GARY | $269.96 | 187.4701 |
| SANDOVAL,HECTOR | $2,059.35 | 0.0000 |
| SANTOS,JIM | $342.14 | 0.0000 |
| SCOTT,JOHN R | $78.76 | 0.0000 |
| SEBASTIAN,ERNESTO R R | $8,926.70 | 313.7285 |
| SERRATO,JOSE L | $23,855.63 | 0.0000 |
| SMITH,BRIAN | $78.26 | 0.0000 |
| SOLORIO,RODOLFO | $1,479.17 | 0.0000 |
| SOSA,JOSE A | $128.68 | 0.0000 |
| STABISEVSCHI,JULIA G | $300.00 | 0.0000 |
| SUAREZ JR,LOUIE | $1,966.18 | 1365.4052 |
| SUAREZ,FRANCISCO | $3,794.63 | 0.0000 |

| Name | Amount Due | Shares to be cancelled |
|---|---|---|
| SUAREZ,MARIA | $836.53 | 0.0000 |
| SUAREZ,SERGIO | $1,240.13 | 0.0000 |
| SURAEZ,DAVID | $1,208.19 | 839.0222 |
| TAPIA,AURELIO | $1,704.92 | 0.0000 |
| TAPIA,BALDEMAR | $2,613.20 | 0.0000 |
| TAPIA,GREG | $15,218.64 | 203.6280 |
| TAPIA,ISRAEL | $378.37 | 262.7549 |
| TAPIA,JAVIER | $1,109.83 | 770.7173 |
| TAPIA,JESUS | $221.65 | 153.9208 |
| TAPIA,JOSE D | $5,522.12 | 0.0000 |
| TAPIA,LUIS | $6,011.00 | 0.0000 |
| TAPIA,RAUL T | $3,581.92 | 0.0000 |
| TAPIA,SERGIO | $593.80 | 412.3612 |
| THIESSEN,JIM | $499.38 | 346.7906 |
| THOMAS,RAYMOND L | $28.60 | 0.0000 |
| THOMPSON,DWIGHT E | $2,385.69 | 0.0000 |
| TIMCHAK,JULIE | $214.74 | 149.1228 |
| TREJO,JORGE | $128.93 | 0.0000 |
| TREJO,VINCENTE | $81.52 | 0.0000 |
| VAN LEIR,JOYCE | $2,515.12 | 0.0000 |
| VASQUEZ,JOSE E | $625.83 | 0.0000 |
| VASQUEZ,KARLA | $866.13 | 0.0000 |
| VELASQUEZ,ALBERTO | $750.25 | 0.0000 |
| VIDAL,FROULAN | $1,752.58 | 0.0000 |
| VIEGAS,ROHIT B | $262.37 | 0.0000 |
| VLAHOVA,DANIELA | $165.80 | 0.0000 |
| WADSWORTH,RICHARD | $200.02 | 138.9059 |
| WARD,JOHN P | $225.00 | 0.0000 |
| ZAVALA,ANGEL | $69.98 | 0.0000 |
|  | $1,100,000.00 | 201,577.6661 |